The People of the State of New York, Respondent, 
against
Tracy Scott, Appellant.




Mark Specthrie, Esq., for appellant
District Attorney Orange County (Andrew R. Kass, Esq.), for respondent

Appeal from two amended judgments of the Justice Court of the Town of Wallkill, Orange County (Peter W. Green, J.), rendered April 6, 2016. Each amended judgment, after a hearing, revoked a sentence of three years' probation that had been imposed by the same court to run concurrently with the sentence imposed upon the other judgment of conviction, upon a finding that defendant had violated the conditions thereof, and imposed a term of 10 months' imprisonment to run consecutively with the term of imprisonment imposed by the other amended judgment, upon his previous conviction of a charge of petit larceny, upon his plea of guilty.




ORDERED that the appeal is dismissed.
Defendant appeals from two amended judgments, each of which resentenced him to a term of 10 months' imprisonment to run consecutively with the term of imprisonment imposed by the other amended judgment, upon his previous conviction of a charge of petit larceny, upon his plea of guilty, based upon a determination, after a hearing, that he had violated the terms and conditions of his probation. As defendant has served the sentences imposed, the appeal has been rendered moot (see People v Lizza, 46 AD3d 705 [2007]; People v Lesson, 32 AD3d 1083 [2006]; People v Rainey, 50 Misc 3d 142[A], 2016 NY Slip Op 50207[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2016]). Since there is no recurring issue of public interest which would otherwise escape appellate review, dismissal is appropriate (see People v Contrano, 274 AD2d 760 [2000]; People v Smith, 50 Misc 3d 134[A], 2016 NY Slip Op 50043[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2016]).
Accordingly, the appeal is dismissed.
BRANDS, J.P., TOLBERT and GARGUILO, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 27, 2017